UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 04 B 43102
   CARMELITA YOLANDA HIGGS-COTTON
                                                   CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-6721

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 11/19/04 and confirmed on 03/31/05.

   2. The case was converted to Chapter 7 after confirmation, 01/30/2006.

   3. The Debtor paid a total of $ 16292.50 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS I | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS I | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED | 18819.62 | 4341.78 | 7228.01 |
| FAA FIRST CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ALEXANDRIA VANECK CO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| BCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| RMI | UNSECURED | 447.08 | .00 | 44.71 |
| CITY OF CHICAGO | UNSECURED | 1210.00 | .00 | 121.00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| CPS CREDIT CARD SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 4091.26 | .00 | 409.13 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY CHEVROLET | UNSECURED | NOT FILED | .00 | .00 |
| COOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| JEWEL FOOD STORES INC | UNSECURED | 346.47 | .00 | 34.65 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 141.19 | .00 | 14.12 |
| MCI TELECOMMUNICATIONS I | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL RECOVERY AGENCY | UNSECURED | NOT FILED | .00 | .00 |

```
NAVY EXCHANGE SERVICE CO  UNSECURED        283.70           .00         28.37
NICOR GAS                 UNSECURED       2105.83           .00        210.58
PAYDAY LOAN EXPRESS       UNSECURED     NOT FILED           .00            .00
PICCIONE KEELEY & ASSOC   UNSECURED       5034.84           .00        503.48
PROGRESSIVE INSURANCE     UNSECURED     NOT FILED           .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED     NOT FILED           .00            .00
SBC AMERITECH             UNSECURED     NOT FILED           .00            .00
SEAMLESS GUTTER CORP      UNSECURED     NOT FILED           .00            .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED     NOT FILED           .00            .00
SHORT TERM LOANS LLC      UNSECURED        887.28           .00         88.73
VILLAGE OF BOLINGBROOK    UNSECURED     NOT FILED           .00            .00
WALMART                   UNSECURED     NOT FILED           .00            .00
UNITED COLLECTIONS        UNSECURED        592.95           .00         59.30
KOHLS                     UNSECURED        138.23           .00         13.82
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 18819.62          .00     15278.83         .00     34098.45
PRINCIPAL PAID      7228.01          .00      1527.89         .00      8755.90
INTEREST PAID       4341.78          .00           .00        .00      4341.78
TOTAL PAID         11569.79          .00      1527.89         .00     13097.68
```

The Debtor's attorney, ERNESTO D BORGES JR           , was allowed $   2700.00 and was paid $    800.00  direct and $   1900.00  through the plan.

The Trustee received $    677.32 .

Refunds to the Debtor totaled $    617.50 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/24/06              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 04 B 43102 CARMELITA YOLANDA HIGGS-COTTON
```