**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HIGGS-COTTON, CARMELITA YOLANDA | ) | |
| | ) | CASE NO. 04-43102 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Will County Court Annex, 57 N Ottawa St, Room 201, Joliet, IL 60432

    on:   **July 27, 2007**
    at:   **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $   227,071.37

    b. Disbursements                         $   223,801.32

    c. Net Cash Available for Distribution   $     3,270.05

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 1,000.00 | $ 839.12 |
| Michael A. Rankins, Realtor | $ 13,500.00 | $ 0.00 | $ 0.00 |
| Michael A. Angileri, Attorney | $ 600.00 | $ 0.00 | $ 0.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,355.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 9.97%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 17 | Internal Revenue Service | $ 14,355.00 | $ 1,430.93 |

6. Claims of general unsecured creditors totaling $10,900.66, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Short Term Loans | $ 557.28 | $ 0.00 |
| 2 | Jewel Food Stores | $ 346.47 | $ 0.00 |
| 4 | RMI | $ 420.00 | $ 0.00 |
| 5 | Kohl's Department Store | $ 141.19 | $ 0.00 |
| 6 | Kohl's Department Store | $ 138.23 | $ 0.00 |
| 8 | City of Chicago Dept of Revenue | $ 1,210.00 | $ 0.00 |
| 10 | Fast Cash Advance Inc. | $ 4,091.26 | $ 0.00 |
| 12 | Navy Exchange Service Command | $ 283.70 | $ 0.00 |
| 13 | NICOR GAS | $ 2,105.83 | $ 0.00 |
| 14 | Meijer/UCB, Inc. | $ 592.95 | $ 0.00 |
| 16 | Navy Exchange Service Command | $ 1,013.75 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Checking Account
    b. Savings Account
    c. Household Goods
    d. Books, Tapes, CD's
    e. Wearing Apparel
    f. Misc. Costume Jewelry
    g. Term Life Insurance
    h. 2000 Chevrolet Tahoe
    i. 2001 Chevrolet Venture

Dated: **July 29, 2007**                For the Court,

By: **KENNETH S GARDNER**
Kenneth S Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

04-43102    Doc 135    Filed 06/29/07    Entered 07/01/07 23:33:31    Desc Imaged
           Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2              Date Rcvd: Jun 29, 2007
Case: 04-43102                 Form ID: pdf002          Total Served: 65

The following entities were served by first class mail on Jul 01, 2007.
db         +Carmelita Yolanda Higgs-Cotton,   148 South Richmond Drive,   Bolingbrook, IL 60440-2737
aty        +Berton J Maley,   15W030 North Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
aty        +Countrywide Home Loans,   c/o Codilis & Associates, P.C.,   15W030 North Frontage Road,,
             Suite 100,   Burr Ridge, IL 60527-6921
aty        +David J Frankel,   Sorman & Frankel, Ltd,   203 N. LaSalle Street, Suite 2350,
             Chicago, IL 60601-1220
aty        +Derek V. Lofland,   The Office of Ernesto D. Borges Jr. P.C.,   105 West Madison,   Suite 2300,
             Chicago, IL 60602-4647
aty        +Jose G Moreno,   Codilis & Associates,   15W030 N Frontage Road,   Suite 100,
             Burr Ridge, IL 60527-6921
aty        +Patrick C Keeley,   122 S County Farm Rd,   Wheaton, IL 60187-4594
aty        +Todd M Wincek,   Burns & Wincek, Ltd,   53 West Jackson Boulevard,   Suite 909,
             Chicago, IL 60604-3837
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
8704864    +ACCOUNTS SOLUTIONS LLC.,   PO BOX 628,   Buffalo, NY 14240-0628
8704865    +ALEXANDRIA VANECK CO.,   5660 SOUOTHWYCK BLVD 110,   Toledo, OH 43614-1597
8704866    +AMERICA RECOVERY NETWORK,   20 W 11TH,   Covington, KY 41011-4112
8820341   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court: AmeriCredit,    POB 183853,   Arlington, TX 76096-3853)
8704867   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court: AMERICREDIT FINANCIAL,   PO BOX 78143,   Phoenix, AZ 85062-8143)
8704869    +ASSET MANAGEMENT CREDTL SERVICES,   PO BOX 7005,   Westchester, IL 60154-7005
8704868    +Arnold Scott Harris, PC,   Attys at Law,   600 W. Jackson Blvd., Ste. 450,
             Chicago, IL 60661-5636
8704870    +BCA FINANCIAL SERVICES,   5805 NW 111TH ST,   Miami, FL 33178-2810
8704871    +CERTEGY PAYMENT RECOVERY SERVICES,   PO BOX 2864,   Tuscaloosa, AL 35403-2864
8704872    +CITY OF AURORA,   1001 HILL AVE,   Aurora, IL 60505-3880
8704875    +COLLECTO/CREDIT PAC,   PO BOX 608,   Tinley Park, IL 60477-0608
8704876     COMED,   BANKRUPTCY DEPT,   CHICAGO, IL 60668-0001
8704877    +COMPUTER CREDIT INC,   CLAIM DEPARTMENT 002890,   640 W. FOURTH ST.,
             Winston Salem, NC 27101-2730
8704878    +COPORATE AMERICA FAMILY,   CREDIT UNION,   2075 BIG TIMBER RD,   Elgin, IL 60123-1140
8704880    +COUNTRYWIDE HOME LOANS,   7105 CORPORRATE,   Plano, TX 75024-4100
8704881    +CPS SECURITY,   PO BOX 23037,   Corpus Christi, TX 78403-3037
8704882    +CREDIT COLLECTION SERVICES,   CREDIT INTERNATIONAL,   2 Wells Avenue,
             Newton Center, MA 02459-3208
8704883    +CREDIT MANAGEMENT SERVICES,   25 NW POINT BLVD #750,   Elk Grove Village, IL 60007-1058
8704873    +City of Chicago Dept of Revenue,   Bureau of Parking Bankruptcy,
             333 South State Street Suite 540,   Chicago, IL 60604-3992
8704874    +Codilis & Associates,   15W030 N. Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
8704903    +College Craft Enterprises, Ltd,   Piccione Keeley & Associates,   122C S County Farm Road,
             Wheaton, IL 60187-4531
8704879    +Countrywide Home Loans, Inc,   c/o Codilis Associates,   15W030 N Frontage Rd, Ste 100,
             Burr Ridge, IL 60527-6921
8704884    +DEPENDON COLLECTION SERVICES,   7627 W. LAKE ST 210,   River Forest, IL 60305-1878
8704885    +EDWARD HOSPITAL & HEALTH SERVICES,   801 S. WASHINGTON STREET,   Naperville, IL 60540-7499
8704886    +FAA FIRST CREDIT UNION,   5400 BEETHOVEN ST,   Los Angeles, CA 90066-7017
8704888    +FIRST PREMIER BANK,   PO BOX 5147,   Sioux Falls, SD 57117-5147
8704887    +Fast Cash Advance,   2005 West 75th Street,   Woodridge, IL 60517-2308
8820733     Fast Cash Advance Inc.,   c/o Solomon & Leadley,   320 East Indian Trail,   Aurora, IL 60505-1760
8704890    +GOOD SAMARITAN HOSPITAL,   PO BOX 93548,   Chicago, IL 60673-3548
8704889    +Gateway Chevrolet-Oldsmobile,   Attn Thomas Okimoto,   5373 N. Milwaukee Ave.,
             Chicago, IL 60630-1268
8704892    +HINSDALE HOSPITAL,   PO BOX 9247,   Hinsdale, IL 60522-9247
8704893    +HOUSEHOLD BANK,   PO BOX 17051,   Baltimore, MD 21297-1051
8704894     ILLINOIS AMERICAN WATER,   Bolingbrook, IL 60440
10941379  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   PO Box 21126,   Philadelphia PA 19114-0326)
10941380  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Internal Revenue Service,   Austin IRS Center,   Stop 6692. Ausc,
             Austin, TX 73301-0001)
8704891     Jewel Food Stores,   c/o Heller & Frisone,   33 N LaSalle,   Suite 11200,   Chicago, IL 60602-2603
8704895    +Kohl's Department Store,   c/o Creditors Bankruptcy Service,   P O Box 740933,
             Dallas, TX 75374-0933
8704896    +MCI WORLDCOM HFFC,   3470 RIDER TRAIL SOUTH,   Earth City, MO 63045-1109
8704897    +MEDICAL RECOVERY SPECIALISTS,   2350 EAST DEVON AVENUE # 225,   DES PLANES, IL 60018-4602
8961037    +Meijer/UCB, Inc.,   5620 Southwyck nBlvd., Suite 206,   P O Box 140190,   Toledo, OH 43614-0190
8704898    +NATIONAL RECOVERY,   4201 CRAMS MILL RD,   Harrisburg, PA 17112-2893
8704900    +NCO Financial Systems,   P.O. Box 41457,   Philadelphia, PA 19101-1457
8704899     Navy Exchange Service Command,   3280 Virginia Blvd., Code FT-ND3,   Virginia Beach, VA 23452
8704902    +PAY DAY LOANS,   902A N. LAKE ST,   Aurora, IL 60506-2516
8704904    +PROGRESSIVE INSURANCE,   4325 W. ADDISON,   Chicago, IL 60641-3811
8704905    +PROVIDIAN,   PO BOX 194850,   San Francisco, CA 94119-4850
8704906    +RMI,   PO BOX 593,   Lansing, IL 60438-0593
8704907    +RPM LLC,   1930 220TH ST SE, SUITE 101,   Bothell, WA 98021-8410
8704908    +SBC/Ameritech,   Bill Payment Center,   Chicago, IL 60663-0001
8704909     SEAMLESS GUTTER CORP,   601 E. LOMBARD,   Lombard, IL 60148
8704910     SEARS,   P.O. BOX 182149,   COLUMBUS, OH 43218-2149
8704911    +Short Term Loans,   c/o James T. Choslock,   1400 E Touhy Ave., #100,   Des Plaines, IL 60018-3338
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jun 29, 2007
Case: 04-43102                Form ID: pdf002          Total Served: 65

 8704912      +VILLAGE OF BOLLINGBROOK,   375 W. BRIARCLIFF ROAD,   Bolingbrook, IL 60440-3829
 8704913       WAL MART,   POB 530927,   ATLANTA, GA 30353-0927
 8704914      +WEXLER AND WEXLER,   500 WEST MADISON STREET,   SUITE 2910,   CHICAGO, IL 60661-2587

The following entities were served by electronic transmission on Jun 30, 2007.
 8704876       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          COMED,
                BANKRUPTCY DEPT,   CHICAGO, IL 60668-0001
 8704901      +E-mail/Text: bankrup@nicor.com                                  NICOR GAS,   P. O. BOX 549,
                Aurora, IL 60507-0549
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Angileri & Associates
 aty           Michael A Angileri,   Angileri & Associates
 cr            Kohl's Department Store
 r             Michael A Rankins
 aty*         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
                Sycamore, IL 60178-3140
 8911499*     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial,   P O Box 78143,   Phoenix, AZ 85062-8143)
 9054557*     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial,   P O Box 78143,   Phoenix, AZ 85062-8143)
                                                                                              TOTALS: 4, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2007**               **Signature:**   _/s/ Joseph Speetjens_