# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-43102 BB  
**Case Name:** HIGGS-COTTON, CARMELITA YOLANDA  

**Taxpayer ID #:** 13-7526317  
**Period Ending:** 11/25/07  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****88-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/22/06 | | First American Title Insurance Company | Sale of Residence | | | 8,701.35 | | 8,701.35 |
| | {1} | | Sale of Residence | 225,000.00 | 1110-000 | | | 8,701.35 |
| | | | Payoff of mortgage | -178,879.46 | 4110-000 | | | 8,701.35 |
| | | | Payoff of second mortgage | -4,729.20 | 4110-000 | | | 8,701.35 |
| | | | 2005 taxes | -2,033.11 | 2820-000 | | | 8,701.35 |
| | | | County taxes | -2,003.06 | 2820-000 | | | 8,701.35 |
| | | | County Tax | -1,601.90 | 2820-000 | | | 8,701.35 |
| | | | Closing costs credit | -4,485.00 | 2500-000 | | | 8,701.35 |
| | | | Title Insurance | -965.00 | 2500-000 | | | 8,701.35 |
| | | | Recording and Transfer Fees | -1,288.50 | 2500-000 | | | 8,701.35 |
| | | | State Stamps | -275.00 | 2500-000 | | | 8,701.35 |
| | | | Water Bill | -455.73 | 2500-000 | | | 8,701.35 |
| | | | Judgement to College Craft | -5,437.69 | 4120-000 | | | 8,701.35 |
| | | | Attorney's Fees for Michael Angileri | -600.00 | 2500-000 | | | 8,701.35 |
| | | | Delivery Charge-First American Title Insurance Company | -45.00 | 2500-000 | | | 8,701.35 |
| | | | Realtor Commissions | -13,500.00 | 3510-000 | | | 8,701.35 |
| 05/26/06 | {1} | First American Title Insurance Company | Funds that Title Company held for verification that 2005 taxes were paid. | | 1110-000 | 2,033.11 | | 10,734.46 |

**Subtotals :**      **$10,734.46**      **$0.00**

{} Asset reference(s)

Printed: 11/25/2007 07:57 PM     V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-43102 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HIGGS-COTTON, CARMELITA YOLANDA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*88-65 - Money Market Account |
| Taxpayer ID #: | 13-7526317 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/25/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.57 | | 10,736.03 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.06 | | 10,743.09 |
| 07/23/06 | 1001 | Carmelita Yoland Higgs-Cotton | Payment for Debtor's Homestead Expemption | 8100-002 | | 4,023.65 | 6,719.44 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.77 | | 6,726.21 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.57 | | 6,730.78 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.27 | | 6,735.05 |
| 10/10/06 | 1002 | Carmelita Yolanda Higgs-Cotton | Homestead Exemption | 8100-002 | | 3,476.35 | 3,258.70 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.12 | | 3,261.82 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.14 | | 3,263.96 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.07 | | 3,266.03 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.17 | | 3,268.20 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.62 | | 3,269.82 |
| 03/01/07 | 1003 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #04-43102 | 2300-000 | | 2.67 | 3,267.15 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.74 | | 3,268.89 |
| 04/21/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.16 | | 3,270.05 |
| 04/21/07 | | To Account #\*\*\*\*\*\*\*\*8866 | Transfer monies to Checking Account to make final distributions | 9999-000 | | 3,270.05 | 0.00 |

Subtotals :     $38.26     $10,772.72

{} Asset reference(s)

Printed: 11/25/2007 07:57 PM     V.9.55

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 04-43102 BB | **Trustee:** | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- |
| **Case Name:** | HIGGS-COTTON, CARMELITA YOLANDA | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****88-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7526317 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/25/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 10,772.72 | 10,772.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,270.05 | |
| | | | **Subtotal** | | 10,772.72 | 7,502.67 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,772.72** | **$2.67** | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-43102 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HIGGS-COTTON, CARMELITA YOLANDA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****88-66 - Checking Account |
| Taxpayer ID #: | 13-7526317 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/25/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/07 | | From Account #********8865 | Transfer monies to Checking Account to make final distributions | 9999-000 | 3,270.05 | | 3,270.05 |
| 08/07/07 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: Voided on 08/07/07 | 2100-000 | | 1,000.00 | 2,270.05 |
| 08/07/07 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: Voided: check issued on 08/07/07 | 2100-000 | | -1,000.00 | 3,270.05 |
| 08/07/07 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $839.12, Trustee Expenses; Reference: Voided on 08/07/07 | 2200-000 | | 839.12 | 2,430.93 |
| 08/07/07 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $839.12, Trustee Expenses; Reference: Voided: check issued on 08/07/07 | 2200-000 | | -839.12 | 3,270.05 |
| 08/07/07 | 103 | Department of the Treasury-Internal Revenue Servic | Dividend paid 9.96% on $14,355.00; Claim# 17; Filed: $14,355.00; Reference: Voided on 08/07/07 | 5800-000 | | 1,430.93 | 1,839.12 |
| 08/07/07 | 103 | Department of the Treasury-Internal Revenue Servic | Dividend paid 9.96% on $14,355.00; Claim# 17; Filed: $14,355.00; Reference: Voided: check issued on 08/07/07 | 5800-000 | | -1,430.93 | 3,270.05 |
| 08/07/07 | 104 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: Re-issued | 2100-000 | | 1,000.00 | 2,270.05 |
| 08/07/07 | 105 | BRADLEY J. WALLER | Dividend paid 100.00% on $839.12, Trustee Expenses; Reference: Re-issued | 2200-000 | | 839.12 | 1,430.93 |
| 08/07/07 | 106 | Department of the Treasury-Internal Revenue Servic | Dividend paid 9.96% on $14,355.00; Claim# 17; Filed: $14,355.00; Reference: Re-issued | 5800-000 | | 1,430.93 | 0.00 |

**Subtotals :**   **$3,270.05**   **$3,270.05**

{} Asset reference(s)

Printed: 11/25/2007 07:57 PM   V.9.55

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| Case Number: | 04-43102 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HIGGS-COTTON, CARMELITA YOLANDA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****88-66 - Checking Account |
| Taxpayer ID #: | 13-7526317 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/25/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 3,270.05 | 3,270.05 | $0.00 |
| | | | Less: Bank Transfers | | 3,270.05 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,270.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,270.05** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****88-65** | 10,772.72 | 2.67 | 0.00 |
| **Checking # ***-*****88-66** | 0.00 | 3,270.05 | 0.00 |
| | $10,772.72 | $3,272.72 | $0.00 |

{} Asset reference(s)  Printed: 11/25/2007 07:57 PM   V.9.55